[Doddosap] [District Order Denying, Disapproving, or Striking – Adversary Proceeding]

ORDERED.

**Dated: September 23, 2024**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                            Case No. 3:24–bk–01636–BAJ
Antonio Gonzalo Jimenez                        Chapter 7

                  Debtor*                    /

Carl Librizzi

                  Plaintiff*

                                                               Adv. Pro. No. 3:24–ap–00091–BAJ
vs.

Antonio Gonzalo Jimenez

                  Defendant*                /

### *ORDER DENYING MOTION TO DISMISS ADVERSARY COMPLAINT*

    THIS PROCEEDING came on for consideration, without hearing, of the Motion to Dismiss Adversary Complaint (the "Motion ") (Doc. No.  7 ) filed by the Defendant . After review, the Court determines that the Motion is deficient as follows:


    The non–represented movant's original signature is not included. Fed. R. Bankr. P. 9011.


    Accordingly, it is

    ***ORDERED:***

    The motion is denied to allow movant to file an amended motion.


The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.