

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/19/2024 11:30 AM

COURTROOM   4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | FILING DATE: |
|---|---|
| 3:24-bk-01636-BAJ   **Chapter 7** | 08/27/2024 |
| **ADVERSARY:**   3:24-ap-00091-BAJ | **Pltf Atty:**   Brantley  Oakey |
| | **Dft Atty:** |

**DEBTOR:**   Antonio Gonzalo Jimenez

**HEARING:**

Librizzi v. Jimenez

Preliminary Hearing on Motion to Dismiss Adversary Proceeding Filed by Defendant Antonio Jimenez Doc 12
-Response to Motion to Dismiss Filed by Brantley Oakey on behalf of Plaintiff Carl Librizzi Doc 13

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Preliminary Hearing on Motion to Dismiss Adversary Proceeding Filed by Defendant Antonio Jimenez Doc 12

  DENIED (ANSWER TO BE FILED WITHIN 30 DAYS FROM ENTRY OF ORDER) ORDER OAKEY

-Response to Motion to Dismiss Filed by Brantley Oakey on behalf of Plaintiff Carl Librizzi Doc 13
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.